UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 75.127.189.98, <br><br> Defendant. | Civil Action No. 2:18-cv-06813-JMA-SIL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 75.127.189.98. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019          Respectfully submitted,

                                 By:    /s/ *Jacqueline M. James*
                                        Jacqueline M. James, Esq. (#1845)
                                        The James Law Firm, PLLC
                                        445 Hamilton Avenue, Suite 1102
                                        White Plains, New York 10601
                                        T: 914-358-6423
                                        F: 914-358-6424
                                        E-mail: jjames@jacquelinejameslaw.com
                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.